IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KACIE BATES**                                                              **PLAINTIFF**

v.                                  No. 3:25-cv-46-DPM

**THOMAS RAYNOR, in his individual
and official capacities; and NURZUHAL
FAUST, Warden, McPherson Unit,
Arkansas Department of Correction, in his
individual and official capacities**                    **DEFENDANT**

## ORDER

Timely amended complaint, *Doc. 9*, noted. Fed. R. Civ. P. 15(a)(1). Motion to dismiss, *Doc. 5*, denied without prejudice as moot. *Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

21 April 2025