# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KACIE BATES**                                                                **PLAINTIFF**

**v.**                                      **No. 3:25-cv-46-DPM**

**THOMAS RAYNOR, in his individual
and official capacity, and NURZUHAL
FAUST, Warden, McPherson Unit,
Arkansas Department of Correction, in his
individual and official capacity**                        **DEFENDANT**

## ORDER

There's been no activity on the docket for more than 180 days. The Court assumes the parties are making progress pursuant to the Final Scheduling Order. But if the case is not on track, file a short joint report explaining any problem by 30 March 2026.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

13 March 2026