**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**KACIE BATES** **PLAINTIFF**

**v.** **No. 3:25-cv-46-DPM**

**THOMAS RAYNOR, in his individual and official capacity, and NURZUHAL FAUST, Warden, McPherson Unit, Arkansas Department of Correction, in his individual and official capacity** **DEFENDANT**

# ORDER

The joint status report, *Doc. 19*, is appreciated.

So Ordered.

D.P. Marshall Jr.
United States District Judge

23 November 2026